Jason R. Mullis
Arizona Bar No. 024289
jmullis@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
2525 E. Camelback Road, Suite 450
Phoenix, Arizona 85016-4210
Phone: 602-441-1300 ♦ Fax: 602-441-1350
*Attorney for Chandler Continuum Lodge Investors, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>  Plaintiff,<br><br>  v.<br><br>Chandler Continuum Lodging Investors, LLC,<br><br>  Defendant. | Case No. 2:18-cv-01829-PHX-SRB<br><br>**NOTICE OF SETTLEMENT**<br><br>(Assigned to: Hon. Deborah M. Fine) |

Defendant Chandler Continuum Lodging Investors, LLC, by and through undersigned counsel, gives notice of settlement in the above-entitled matter. Once the parties have executed their respective settlement agreements, the parties will file the appropriate stipulation to dismiss and proposed form of order of dismissal.

DATED: August 6, 2018   WOOD, SMITH, HENNING & BERMAN LLP


By:  */s/ Jason R. Mullis*
    JASON R. MULLIS
    *Attorney for Chandler Continuum*
    *Lodge Investors, LLC*

LEGAL:10204-0025/9657636.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of August, 2018, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of the Notice of Electronically Filing to the following CM/ECF registrants:

Peter Strojnik, Esq.
Strojnik, P.C.
2375 East Camelback Road, Suite 600
Phoenix, AZ 85016
*Attorney for Plaintiff*

By:     */s/ Jennine L. Warburton*

LEGAL:10204-0025/9657636.1                -2-